UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

JANET A. JERUS,

        Plaintiff,

   v.

HONDA CORPORATION, et al.,

        Defendants.

Case No. 20-cv-01931-VKD

**ORDER FOR REASSIGNMENT TO DISTRICT JUDGE**

Defendants Honda of Stevens Creek and Joe Spurrier have moved to dismiss the complaint. Dkt. No. 6. Neither these defendants nor the plaintiff, Janet Jerus, have consented to proceed before a magistrate judge. Moreover, several defendants have not appeared and there is no indication that they have been served. Absent the consent of all parties, this Court does not have jurisdiction over this matter and must refer the case to a district judge. 28 U.S.C. § 636; *Williams v. King*, 875 F.3d 500 (9th Cir. 2017).

Accordingly, it is ordered that this case be reassigned to a district judge. All pending motion hearings and scheduled appearances are hereby vacated and will be reset by the newly assigned judge. Upon full consent of all parties, this case may be reassigned back to the undersigned magistrate judge.

**IT IS SO ORDERED.**

Dated: May 26, 2020

VIRGINIA K. DEMARCHI
United States Magistrate Judge