UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

JANET A. JERUS,

    Plaintiff,

v.

HONDA CORPORATION, et al.,

    Defendants.

Case No. 5:20-cv-01931-EJD

**ORDER TO SHOW CAUSE**

Re: Dkt. No. 18

On July 13, 2020, the Court granted Defendants Motion to Dismiss with leave to amend. Plaintiff failed to file an amended complaint by the deadline of August 7, 2020.  On August 10, 2020, Plaintiff filed a letter to the Court, which largely restated the allegations in her original complaint and expressed Plaintiff's frustration that her claims had been dismissed.  Plaintiff is advised that this letter does not constitute an amended complaint.

The Court hereby issues an ORDER TO SHOW CAUSE why this action should not be dismissed with prejudice for failure to prosecute, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.  The initial case management conference currently set for September 3, 2020 is hereby VACATED.

If plaintiff fails to file an amended complaint or written response to this Order by September 4, 2020, the case shall be dismissed with prejudice for failure to prosecute.

**IT IS SO ORDERED.**

Dated: August 25, 2020

EDWARD J. DAVILA
United States District Judge

Case No.: 5:20-cv-01931-EJD
ORDER TO SHOW CAUSE